UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | No. 2:12-CV-06476-SVW (VBK) | Date | August 27, 2012 |
|---|---|---|---|
| Title | Robert Roach v. City of El Monte et al. | | |

[JS-6]

| Present: The Honorable | STEPHEN V. WILSON, U.S. DISTRICT JUDGE | |
|---|---|---|
| Paul M. Cruz | N/A | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: | |
| N/A | N/A | |

**Proceedings:**   IN CHAMBERS ORDER re VOLUNTARY DISMISSAL [5]

   The Court adopts the Stipulation of the parties. The second cause of action alleging free speech retaliation in violation of 42 U.S.C. § 1983 is dismissed with prejudice. The matter is remanded to the Los Angeles County Superior Court.

   IT IS SO ORDERED.

:

Initials of Preparer   PMC